UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:17-cr-83-FtM-38MRM

DILLION SHUTT
_____

## PRELIMINARY ORDER OF FORFEITURE

The defendant pleaded guilty to one count of distribution of child pornography in violation of 18 U.S.C. § 2252(a)(2), and one count of possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B).

The United States moves, pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for (1) a Samsung Galaxy S4 in black/green case, model# SPH-L720T, (2) a black generic homemade desktop computer, no model or serial number visible, (3) an Alienware desktop computer, no visible serial or model number.

The United States has established the required connection between the crimes of conviction and the assets described above.  Because the United States is entitled to forfeit the property, the motion is **GRANTED**.  Pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

Pursuant to Rule 32.2(b)(4), Federal Rules of Criminal Procedure, and the defendant's plea agreement (Doc. 13 at 6-7), this order of forfeiture is final at the time it is entered.

The Court retains jurisdiction to complete the forfeiture and disposition of the asset sought by the government.

**DONE and ORDERED** in Fort Myers, Florida, this 17th day of August, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record