UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                     CASE NO: 2:17-cr-83-FtM-38MRM

DILLON SHUTT

## **ORDER**

This matter came before the Court on a competency hearing held on June 5, 2018. The hearing requires an additional day of testimony and argument. The Court has scheduled this hearing for June 20, 2018 at 9:30 AM. Both parties, including the defendant, are required to be present. The Court will secure two sign language interpreters for the hearing.

Accordingly, it is now

**ORDERED:**

The clerk is directed to issue a notice of hearing for the continuation of the competency hearing to be held on **June 20, 2018 at 9:30 AM**. Absent exigent circumstances, requests for continuance will not be considered.

**DONE AND ORDERED** at Fort Myers, Florida, this June 6, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record