UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 2:17-cr-83-FtM-38MRM

DILLON SHUTT
_____/

### ORDER[1]

Before the Court is a Motion for Admission Pro Hac Vice of Mark J. Mahoney, Esq. (Doc. 106), which the Government does not oppose (Doc. 108). Mr. Mahoney requests that the Court allow him to appear specially for Defendant Dillion Shutt. After reviewing the motion and discussing it with the parties at the status conference on September 25, 2018, the Court finds that Mr. Mahoney meets the requirements of Local Rule 2.02(a) and may appear *pro hac vice* on behalf of Shutt.

Accordingly, it is now

**ORDERED:**

The Motion for Admission Pro Hac Vice of Mark J. Mahoney, Esq. (Doc. 106) is **GRANTED**.

(1) Mark J. Mahoney, Esq. is permitted to appear *pro hac vice* on behalf of Defendant Dillion Shutt.

(2) The Clerk is **DIRECTED** to add Mark J. Mahoney, Esq. to the service list.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

(3) Unless already completed, on or before **October 3, 2018**, Mark J. Mahoney shall send the required fee to the Clerk's Office.

(4) Unless already completed, on or before **October 3, 2018**, Mark J. Mahoney must complete and submit the E-Filer Registration Form for CM/ECF. Failure to do register may cause the Court to revoke permission to appear specially.

**DONE and ORDERED** in Fort Myers, Florida, on this 26th day of September 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record