UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                            CASE NO: 2:17-cr-83-FtM-38MRM

DILLON SHUTT

---

### ORDER

This matter comes before the Court sua sponte. The government has requested copies of the exhibits submitted by defense counsel during the sentencing hearing on October 22, 2018 for appeal purposes. Upon review of the exhibits, the Court has determined that exhibits 1 and 3 do not need to remain sealed. Exhibits 2 and 2a will remain sealed. As such, the clerk is directed to unseal exhibits 1 and 3 and allow the government access to the unsealed exhibits.

Accordingly, it is now

**ORDERED:**

The clerk shall unseal exhibits 1 and 3 from the sentencing hearing held on October 22, 2018. The government is permitted to retrieve a copy of the unsealed exhibits for appeal purposes.

**DONE AND ORDERED** at Fort Myers, Florida, this January 2, 2019.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record